# 12 CV 03331 Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |
|---|---|

| Name (under which you were convicted): Mohamed Rashed Daoud Al-'Owhali | Docket or Case No.: 98-01023 |
|---|---|

| Place of Confinement: USP FLORENCE ADMAX | Prisoner No.: 42371-054 |
|---|---|

| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
|---|---|
| | v. Mohamed Rashed Daoud Al-'Owhali |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   United States District Court, Southern District of New York.

   (b) Criminal docket or case number (if you know): 98-01023

2. (a) Date of the judgment of conviction (if you know): 10/23/2001

   (b) Date of sentencing: 10/18/2001

3. Length of sentence: Life

4. Nature of crime (all counts): Conspiracy to kill US Citizen; Maiming within the special maritime or territorial jurisdiction; killing a citizen outside the US; possess w/intent/use in crime (federal facility); murder, first degree; explosives used in commission of felony; violent crime/drugs/machine gun.

5. (a) What was your plea? (Check one)
   (1)  Not guilty ☒        (2)  Guilty ☐        (3)  Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)        Jury ☒        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐

9. If you did appeal, answer the following:

   (a) Name of court: U.S. Court of Appeals, Second Circuit

   (b) Docket or case number (if you know): _____

   (c) Result: Conviction affirmed

   (d) Date of result (if you know): 11/24/2008

   (e) Citation to the case (if you know): 552 F3d 93, 552 F3d 177

   (f) Grounds raised: 1. Sufficiency of the indictment. 2. Denial of motion to suppress statements made in Kenya.

   _____

   _____

   _____

   _____

   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☒   No ☐

   If "Yes," answer the following:

   (1) Docket or case number (if you know): _____

   (2) Result: Cert denied

   _____

   (3) Date of result (if you know): 6/8/2009

   (4) Citation to the case (if you know): 129 S.Ct. 2778

   (5) Grounds raised: Same as appeal

   _____

   _____

   _____

   _____

   _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☒   No ☐

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: U.S. Court of Appeals, Second Circuit

    (2) Docket or case number (if you know): 01-1535 cr / 05-0920 cr

    (3) Date of filing (if you know): 4/14/2009

3

(4) Nature of the proceeding: Motion to remand

(5) Grounds raised: Newly discovered evidence

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☒ No ☐

(7) Result: Motion for remand granted for limited purpose

(8) Date of result (if you know): 4/30/2009

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: United States District Court, SDNY

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): 9/8/2009

(4) Nature of the proceeding: Motion to open suppression hearing in full.

(5) Grounds raised: After my conviction, the government disclosed information that cast doubt on the admissibility of incriminating statements which were the subject of my appeal, aff'd 11/24/2008, reported at 552 F3d 177.

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☒ No ☐

(7) Result: Motion denied

(8) Date of result (if you know): 2/9/2010

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☒

(2) Second petition:   Yes ☒   No ☐   Ordered aff'd on 1/26/2011.

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.  GROUNDS FIVE THRU ELEVEN ATTACHED.

**GROUND ONE:** Failure of US authorities to make all reasonable efforts to use 20th century technology to provide me with atty before & during interrogation violated my 5th & 6th Amendment rights.

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
The US authorities never utilized the telephone and/or internet facilities at their disposal to provide me with an attorney before or during my interrogation. Even if the attorney could not be physically present with me before or during my interrogation, I should have been allowed to contact an attorney by phone or internet. I was also denied the right to contact my consular representative by phone or internet. Modern means of communications could have been easily employed, with appropriate safeguards, to protect my right to consult with an attorney after my arrest, and my right to consult with my consular representative.

_____

_____

_____

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ❏   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Ineffective assistance of counsel. _____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ❏   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____



Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: ___Ineffective assistance of counsel._____

_____

_____

_____

_____


**GROUND TWO:** In violation of 5th Amendment, the "AOR" I signed in Kenya did not give me the right to remain silent.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

The Advisement of Rights ("AOR") form that I signed in Kenya stated that I did not have to speak to the US ~~police~~ authorities.  The AOR form did NOT state that I had the right to remain silent, in violation of my 5th Amendment rights. Although The Amircan and the Kenyan laws give me the right to remain silent and although there were nothing To prevent The FBI To tell me That "you have The right To remain silent They chose To give The impression That my refusal To talk To them dose not mean that I have The right not to talk to the kenyans.

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Ineffective assistance of counsel.

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

## A 1361

We are representatives of the United States Government. Under our laws, you have certain rights ~~before we ask you any~~ questions, we want to be sure that you understand those rights.

You do not have to speak to us or answer any questions. Even if you have already spoken to the KENYAN authorities, you do not have to speak to us now.

If you do speak with us, anything that you say may be used against you in a court in the United States or elsewhere.

In the United States, you would have the right to talk to a lawyer to get advice before we ask you any questions and you could have a lawyer with you during questioning. In the United States, if you could not afford a lawyer, one would be appointed for you, if you wish, before any questioning.

Because we are not in the United States, we cannot ensure that you will have a lawyer appointed for you before any questioning.

If you decide to speak with us now, without a lawyer present, you will still have the right to stop answering questions at any time.

You should also understand that if you decide not to speak with us, that fact cannot be used as evidence against you in a court in the United States.

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed _____

Witness: _____ NOD 8/12/98

Witness: _____ Special Agent FBI, NY

Time: _____10:55 AM___ / __3:30 PM___
           ENGLISH        ARABIC

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ___Ineffective assistance of counsel.___

_____

_____

_____

_____

**GROUND THREE:** ___My trial in the SDNY violated my 6th Amendment right to a trial in the place where the supposed offense was committed.___

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
___In my case, the supposed offense took place in Nairobi, Kenya.  At no time has anyone suggested that the supposed offense was committed in the SDNY.___

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: ___Ineffective assistance of counsel.___

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: __Ineffective assistance of counsel.__

_____

_____

_____

_____

**GROUND FOUR:** My trial in the SDNY violated 18 USC 3238 because my trial did not take

place in the district to which I was first brought.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

After the conclusion of my interrogation in Kenya, I was flown to the US. Various US

officials were present on the flight: AUSA Pat Fitzgerald, interpreter Mike Fegali,

FBI agents and possibly others. The first time we landed in the US, Mr. Fegali told

me that we were NOT in New York City. Mr. Fegali told me that the purpose of the landing

was to allow certain FBI agents to get off the plane and go home. Later, the plane

landed in New York City.

_____

_____

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: __Ineffective__

__assistance of counsel._____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❏  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❏   No ❏

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❏   No ❏

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❏   No ❏

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Ineffective assistance of counsel.

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?

If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Due to ineffective assistance of counsel, none of the grounds presented in this motion have been presented to a federal court.

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?      Yes ❑   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Leonard Joy, New York
 David Bruck, New York

(b) At arraignment and plea: Leonard Joy, New York
 David Bruck, New York

(c) At trial: Frederick H. Cohn, New York; David Baugh, Virginia; Laura Gasiorowski, New York

(d) At sentencing: Frederick H. Cohn, New York; David Baugh, Virginia

(e) On appeal: Frederick H. Cohn, New York

(f) In any post-conviction proceeding: Frederick H. Cohn, New York

(g) On appeal from any ruling against you in a post-conviction proceeding: _____
   Frederick H. Cohn, New York

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐ No ☒

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?      Yes ☐  No ☒

12

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* This petition is timely. The Second Circuit affirmed the trial court's denial of my motion to reopen the suppression hearing in full on 1/26/2011, 407 Fed. Appx. 548; 2011 U.S. App. LEXIS 1626.

Pursuant to the Supreme Court's decision in Clay v. United States, 123 S.Ct. 1072 (2003), the 1-year statute of limitation period started to run when the time for seeking Supreme Court review of the Second Circuit's 1/26/2011 decision expired on 4/25/2011.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

13

Therefore, movant asks that the Court grant the following relief: <u>Reversal of my</u>
<u>conviction; new trial with full constitutional rights</u>
<u>of the accused safeguarded.</u>

or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on <u>4-19-2012</u>
_____ (month, date, year).

Executed (signed) on _____ (date).

_____

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____
_____
_____

### IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]

* * * * *

**Ground** *Five*:

My Counsel Failure To bring defense expert in Foreign Language To chalenge govt interpreter during Texaminaton

(a) Supporting Facts of witnesses was ineffective assitance of counsel The absence of defence experts in Foreign Language To insure The neutralit oF The government interpreter and The properly oF The Translation during The direct and cross examination oF witnesses d prived me oF My right To Comront The witnesses

(b) Direct Appeal of Ground *Five*:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: *IneFFective assiStance oF Counsel*

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition or application?

        Yes ☐   No ☒

    (2) If your answer to Question (c)(1) is "Yes, " state:

    Type of motion or petition: _____

    Name and location of court where the motion or petition was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐   No ☐

    (5) If your answer is "Yes," did you raise this issue on appeal?

        Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of court where the appeal was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    _____

    (7) If your answer to Question (c)(4) is "No," explain why you did not appeal or raise this issue: _____

    *IneFFective assis tance oF Counsel*

**Ground** <u>Six</u>:
<u>My attorneys' failure to object to government's use of DOJ/FBI</u>
<u>interpreters, instead of neutral court interpreters, violated my</u> Sixth

(a) Supporting Facts <u>Amendment right to effective assistance of counsel.</u>
<u>Although I pointed out the injustice of the use of FBI interpreters</u>
<u>to my defense team, an objection was never made on the record. A</u> fair
<u>trial is not possible if neutral, court-affiliated interpreters are not</u>
<u>available. Late in the trial, AUSA Fitzgerald "wondered" if court</u>
<u>interpreters might be available. See transcript pg. 4759, lines</u> 21-25,
<u>pg. 4760, line 1. My counsel should have insisted that court inter-</u>
<u>preters be made available whenever the jury heard witnesses'</u> testimony,
<u>rather than acquiescing in the govt's use of FBI interpreters.</u>

(b) Direct Appeal of Ground <u>Six</u>:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☐x

(2) If you did not raise this issue in your direct appeal, explain why: <u>Ineffective</u>
<u>assistance of counsel.</u>

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition or application?

Yes ☐  No ☐x

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐

(5) If your answer is "Yes," did you raise this issue on appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) is "No," explain why you did not appeal or raise this
issue: <u>Ineffective assistance of counsel.</u>

_____

20    interpretation, your Honor.

21            THE COURT:  I will see counsel and the reporter.

22            (Continued on next page)

23

24

25

                                                        4759

1            (Page 4758 sealed)

2            (In open court)

3            THE COURT:  Ladies and gentlemen, we are having some

4    problem with translation, and I think rather than waste your

5    time while we try and straighten it out -- I see heads nodding

6    in agreement -- we will call it a day.  We are adjourned until

7    tomorrow.

8            (Jury excused)

9            THE COURT:  The witness may step down.

10           (Witness excused)

11           THE COURT:  Will we have another interpreter

12    tomorrow, since there seems to be some suggestion that this

13    interpreter is not interpreting fully?

14           MR. FITZGERALD:  Your Honor, just for the record, I

15    know the witness does speak English, so I don't know that he

16    missed the word Somali.  Putting that aside, I suggest that we

17    use a court interpreter.  That is the one we have been using.

18    I don't know that we have one available.  I don't want to show

19    up in court tomorrow without an interpreter.  I don't want

20    there to be any question about the capabilities of the

21    interpreter.  When we knew Mr. Kherchtou was being called

22    today, we assumed defense counsel didn't have one available

23    and we brought Ms. Laraby in.  We do not have someone on

24    standby that is not affiliated with the FBI.  So I wonder if

25    there is a court interpreter that could be produced to be

                                                        4760

1    available.

2            MR. WILFORD:  Would it be possible to use one of the

3    interpreters in the booths?

**Ground** <u>Seven</u> :
My Sixth Amendment right to confront the witnesses against me was violated by failure to include an audio recording as part of the official trial record.

(a) Supporting Facts
An audio recording of the trial would have allowed me to challenge the errors and/or mis-statements of the FBI interpreters who are the subject matter of Ground Six. During the cross-exam of govt witness Kerchtou, mis-interpretation by FBI interpreter assisted the prosecution in establishing a fictional conspiracy with regard to events in Somalia. See transcript pg 4752, ln 1, thru 4759, ln 21. The Court noted interpreters did NOT take notes, they worked from memory. See pg 4760, lns 14-16. An audio recording would've permitted me to show that the interpreter did not correctly translate questions by Mr. Schmidt, pg 4759, lns 11-16, pg 4760, lns 12-18.

(b) Direct Appeal of Ground <u>Seven</u> :
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐  No ☒
    (2) If you did not raise this issue in your direct appeal, explain why: <u>Ineffective assistance of counsel.</u>

(c) Post-Conviction Proceedings:
    (1) Did you raise this issue in any post-conviction motion, petition or application?
        Yes ☐  No ☒
    (2) If your answer to Question (c)(1) is "Yes," state:
    Type of motion or petition: _____
    Name and location of court where the motion or petition was filed: _____

    Docket or case number (if you know): _____
    Date of the court's decision: _____
    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐  No ☐
    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐  No ☐
    (5) If your answer is "Yes," did you raise this issue on appeal?
        Yes ☐  No ☐
    (6) If your answer to Question (c)(4) is "Yes," state:
    Name and location of court where the appeal was filed: _____

    Docket or case number (if you know): _____
    Date of the court's decision: _____
    Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (c)(4) is "No," explain why you did not appeal or raise this issue: <u>Ineffective assistance of counsel.</u>

18

4752

```
 1    CROSS-EXAMINATION
 2    BY MR. SCHMIDT:
 3    Q    Good afternoon, Mr. Kherchtou.
 4    A    Good afternoon.
 5    Q    The first time that you went to Nairobi -- withdrawn.
 6            Prior to being in Nairobi, were you in Afghanistan or
 7    in the Sudan?  Withdrawn.  I will try again.
 8            What country did you leave before you entered Kenya?
 9            MR. FITZGERALD:  Just a time frame, your Honor.
10    Object.
11    Q    What country did you leave when you first entered Kenya?
12    A    I went from Pakistan through Dubai directly to Nairobi.
13    Q    The people that you were with before you went to Nairobi
14    for the first time were people who were in Pakistan; is that
15    correct?
16    A    Correct.
17    Q    You came into Nairobi sometime in October of 1993; is that
18    correct?
19    A    Yes.
20    Q    You stayed there for a short period of time, then you went
21    to the Sudan; is that right?
22    A    Yes.
23    Q    That was because your family was going from Pakistan to
24    Sudan at the time that you were coming to Nairobi; is that
25    right?
```

4753

```
 1    A    Yes.
 2    Q    You went to Sudan after your family arrived from Pakistan;
 3    is that correct?
 4            MR. FITZGERALD:  Objection, your Honor.  This was
 5    covered the last time in detail.
 6            THE COURT:  Suppose you move on.
 7            MR. SCHMIDT:  Your Honor, a lot of things have been
 8    covered the last time and I am just --
 9            THE COURT:  Go ahead.
```

10          MR. SCHMIDT:  Thank you.

11   Q   Is that correct?

12   A   My family went from Pakistan to Saudi Arabia and from

13   Saudi Arabia to Sudan.

14   Q   You were in Nairobi for a short period of time, then you

15   went to the Sudan and came back into Nairobi; is that correct?

16   A   Yes, correct.

17   Q   Could you give us an estimate of the period of time --

18   withdrawn.

19          How long did you stay in Sudan before you returned to

20   Nairobi?

21   A   Less than a month.

22   Q   And then after you came back to Kenya and stayed in

23   Nairobi -- withdrawn.

24          You know who Abu Ubaidah al Banshiri is; is that

25   correct?

                                                    4754

1    A   Yes.

2    Q   Did you see him in Nairobi when you came to Nairobi the

3    first time?

4    A   I don't believe I saw him the first time I was there.

5    Q   Did you see him in the Sudan when you went to the Sudan

6    after being in Nairobi a short period of time?

7    A   I do not remember.

8    Q   Did you see him in Nairobi shortly after returning to

9    Nairobi, within the next few weeks?

10   A   It could possibly be so.  I do not precisely remember.

11   Q   You heard through one of the people in Al Qaeda that al

12   Banshiri was with others training Somalis in Hergeiza; isn't

13   that correct?

14   A   Yes.

15   Q   Hergeiza, do you know that Hergeiza is in north Somalia?

16   A   Yes.

17   Q   Who told you that?

18   A   One of the people in the guesthouse.

19   Q   Did one of those people tell you that he came down from

20   that area of Somalia?

21   A   I do not precisely remember, but they told me that when

22   they were there, they were there in the north.

20

23    Q    When you say they told me, do you remember the particular
24    person or persons that told you that?
25    A    Truthfully, I do not remember.

                                                        4755

1    Q    Do you remember where you were when they told you that?
2    A    I could have been in the guesthouse or someplace belonging
3    to the Al Qaeda.
4    Q    Your testimony is, you have a vague memory of this being
5    told you; is that correct?
6    A    They told me that they were in the north and they were
7    training people there, and then after that they withdrew from
8    there.
9    Q    You didn't write anything down, did you, sir?
10   A    Yes.
11   Q    So what I am saying is that you really don't have much of
12   a memory of how that conversation took place except for what
13   you told us here today; is that right?
14   A    Yes.
15   Q    You also heard that this training took place after the
16   incident in Somalia; isn't that right?
17            MR. FITZGERALD:  Objection to form.
18            THE COURT:  Sustained.  What incident?
19            MR. SCHMIDT:  Your Honor, I am going to ask him that
20   question and then I will ask him what the incident was.
21            THE COURT:  The question is unintelligible.
22            MR. SCHMIDT:  I don't think it is unintelligible --
23            THE COURT:  Please don't argue.  Restate your
24   question.
25   Q    Did this training that you heard take place after any

                                                        4756

1    particular incident that sticks in your mind?
2    A    I do not remember what was this incident.
3    Q    Do you remember telling agents of the United States
4    government that you heard about this training in the north of
5    Somalia after the Somalia incident happened?
6    A    You mean after the fall-down of Somalia?  You mean the

21

7    government of Said Berri?

8    Q    Mr. Kherchtou, did you tell an agent of the FBI on August

9    16, 2000, that Al Qaeda people were in Hergeiza, Somalia, with

10   Abu Ubaidah al Banshiri, and were training Somali people

11   there, especially after the Somalia incident happened?

12   A    Yes.

13   Q    And by the incident, you are talking about the attack on

14   the Abdi House, aren't you?

15            MR. WILFORD:  Objection, your Honor.

16            THE COURT:  Overruled.

17   A    I have never heard about the incident of the Abdi House.

18            (Continued on next page)

19

20

21

22

23

24

25

4757

1    Q    Did you hear of the incident of the United States

2    troops --

3            MR. FITZGERALD:  Objection, your Honor.

4            THE COURT:  Yes, sustained.

5    Q    Do you recall the description of what the incident was

6    that you told the agents?

7    A    What incident are you talking about?  What incident?

8    Q    Mr. Kherchtou, did you tell an agent of the FBI on August

9    16, 2000, that Abu Ubaidah al Banshiri, with others, trained

10   the Somali people, especially after the Somalia incident

11   happened?  Period.

12            MR. FITZGERALD:  Objection, asked and answered.

13            THE COURT:  Yes, sustained.  Answered.

14            MR. SCHMIDT:  He didn't --

15            THE COURT:  Don't argue, please.  Ask another

16   question.

17            MR. SCHMIDT:  Your Honor, may we approach at sidebar?

18            THE COURT:  No, let's proceed.

19            MR. SCHMIDT:  It's a problem with translation and

20    interpretation, your Honor.

21              THE COURT:  I will see counsel and the reporter.

22              (Continued on next page)

23

24

25

                                                    4759


1              (Page 4758 sealed)

2              (In open court)

3              THE COURT:  Ladies and gentlemen, we are having some

4    problem with translation, and I think rather than waste your

5    time while we try and straighten it out -- I see heads nodding

6    in agreement -- we will call it a day.  We are adjourned until

7    tomorrow.

8              (Jury excused)

9              THE COURT:  The witness may step down.

10             (Witness excused)

11             THE COURT:  Will we have another interpreter

12   tomorrow, since there seems to be some suggestion that this

13   interpreter is not interpreting fully?

14             MR. FITZGERALD:  Your Honor, just for the record, I

15   know the witness does speak English, so I don't know that he

16   missed the word Somali.  Putting that aside, I suggest that we

17   use a court interpreter.  That is the one we have been using.

18   I don't know that we have one available.  I don't want to show

19   up in court tomorrow without an interpreter.  I don't want

20   there to be any question about the capabilities of the

21   interpreter.  When we knew Mr. Kherchtou was being called

22   today, we assumed defense counsel didn't have one available

23   and we brought Ms. Laraby in.  We do not have someone on

24   standby that is not affiliated with the FBI.  So I wonder if

25   there is a court interpreter that could be produced to be

                                                    4760


1    available.

2              MR. WILFORD:  Would it be possible to use one of the

3    interpreters in the booths?

                                                    23

·4          THE COURT:  That is what I am wondering.

5          Tomorrow, can you be the interpreter for this

6   witness?

7          MR. MAGED:  Yes, I can, your Honor.  May I request

8   from your Honor that the questions be broken down into one or

9   two sentences for accuracy sake.

10          THE COURT:  That is a very reasonable request.  The

11   questions are very long and the witness gives a very long

12   answer, and we notice that the interpreters do not take notes,

13   they do it from memory, and I commend to everyone the use of

14   short questions.

15          I am told that the reason for the repetitiousness of

16   the question was because there was a report that the adjective

17   of Somalia in Somalia incident was not fully translated and

18   that was why the question was being repeated.

19          We have a few moments.  There are some moments.

20          MR. SCHMIDT:  Yes, your Honor.  I have a application

21   for a mistrial on behalf of Mr. El Hage and a severance, for a

22   number of reasons.

23          First, your Honor, your Honor cautioned one of the

24   death penalty counsel in the initial phase of the trial, after

25   either the cross-examination of Mr. Fadl or Mr. Kherchtou,

                                              4761

1   about requesting witnesses not related to the guilt phase but

2   related to the penalty phase.  The questioning by Mr. Baugh

3   was not geared --

4          THE COURT:  The questioning of which witness?

5          MR. SCHMIDT:  Mr. Kherchtou today was not related to

6   the guilt phase.

7          THE COURT:  Which questions?

8          MR. SCHMIDT:  I do not have it in front of me, but

9   the questions related solely to who gets chosen to do the

10   death jobs, almost entirely what is in the embassy, making

11   surveillance.  These are not questions for fact defense.

12   These are questions related to the penalty phase.  I made some

13   objections and they were all overruled.  What has happened is

14   that Mr. Baugh has used this witness as a penalty-phase

15   witness, severely prejudicing Mr. El Hage --

16          THE COURT:  I allowed the line of questioning, which

Ground Eight    :

My counsel's failure to request an audio recording at my suppression hearing was in-
effective assistance of counsel because I have no way to challenge the qualification

(a) Supporting Facts testimony of interpreter Mike Figali.

There is no audio record of interpreter Figali's demonstration of his supposed
proficiency in the Arabic language. As a result, I had no way to challenge
his supposed expertise based on his actual testimony. My counsel relied solely on
the decision of my expert ~~attorney~~ Said's decision not to challenge Figali's
proficiency in Arabic. An audio recording was absolutely necessary in order
to protect my right to challenge Figali's supposed expertise in Arabic. It was
impossible to do that given that there is nothing I can challenge on the record.

(b) Direct Appeal of Ground Eight    :

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Ineffective
assistance of counsel.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes, " state:

Type of motion or petition: _____

Name and location of court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer is "Yes," did you raise this issue on appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) is "No," explain why you did not appeal or raise this
issue: Ineffective assistance of counsel.

_____

25

Ground __Nine__ :

Ineffective assistance of counsel in signing stipulation, Govt EX. 34, in violation of my Sixth Amendment rights.

(a) Supporting Facts

My counsel signed Government's Exh 34, see also Docket Document 774-9 in violation of my right to effective assistance of counsel. Because of the confidential nature of the translator's assignment to my interrogation in Kenya on August 12-14, 1998, she would have testified behind a curtain at trial. This would have been of minimal concern to effective counsel because the interpreter ~~would~~ M.R.A ~~probably never have met herself had to perfect people~~ on cross-examination.

had to b tested

(b) Direct Appeal of Ground __Nine__ :

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: __Ineffective assistance of counsel.__

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes, " state:

Type of motion or petition: _____

Name and location of court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer is "Yes," did you raise this issue on appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) is "No," explain why you did not appeal or raise this issue: __Ineffective assistance of counsel.__

_____

26

AA-219

SA-183



GOVERNMENT
EXHIBIT
34

9I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

       - v -          :          <u>STIPULATION</u>

USAMA BIN LADEN, et al.,          :          S(7) 98 Cr. 1023 (LBS)

            Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        IT IS HEREBY STIPULATED AND AGREED by and between the United States

of America, by Mary Jo White, United States Attorney for the Southern District of New York,

Kenneth M. Karas, of counsel, and defendant Mohamed Rashed Daoud al-'Owhali, by and with

the consent of his attorney, Frederick H. Cohn Esq., that if called as a witness, the "Translator"

would testify as follows:

        1.     Translator is a native Arabic speaker who grew up in a Middle Eastern

country.

        2.     Translator attended high school in the Middle East, becoming familiar

with multiple dialects of Arabic because she attended school with persons speaking Arabic from

various Middle Eastern countries.

        3.     Translator later moved to the United States where she learned English in

the process of attending college here.  She has been speaking English for approximately 20 years

and is fluent in English.

        4.     On August 12, 1998, Translator was in Nairobi, Kenya working as a

Translator (from Arabic to English and vice versa) and was advised by her supervisor that the

FBI had requested a translator on an emergency basis and she was told to help the FBI.

27

5.      Translator attended meetings with the defendant al-'Owhali, FBI agents and Kenyan CID personnel on August 12, August 13 and August 14, 1998, translating what the parties said to each other.

6.      Translator and al-'Owhali spoke classical Arabic to each other and they had no difficulty understanding each other.

7.      Specifically, Translator translated the Advice of Rights Form, previously marked as Government Exhibit 2, from English to Arabic as an FBI agent read the form to al-'Owhali in English.  Whenever asked, al-'Owhali indicated that he understood what was being said to him.

8.      ~~Translator never threatened al-'Owhali.~~

Dated: New York, New York
       January 24, 2001


                              MARY JO WHITE
                              United States Attorney
                              Southern District of New York

                    By:       _____
                              Kenneth M. Karas
                              Assistant United States Attorney


                    By:       _____
                              Frederick H. Cohn
                              Attorney for Defendant
                              Mohamed Rashed Daoud al-'Owhali

                              2

**Ground** Ten :
My Sixth Amendment right to a speedy trial before an impartial jury of my
peers was violated by excessive delay and a jury pool drawn exclusively
(a) Supporting Facts from registered voters.
First, I was arrested in August, 1998.  My trial did not begin until
January, 2001. Second, a jury comprised exclusively of registered voters
could never be impartial because it heard evidence that bin Laden held
those who voted for the US govt responsible for the death of innocents
in Muslim countries. In closing, AUSA Karas reminded the jury of the fact
that bin Laden, in his ABC interview, said the voting public was responsi-
ble because they chose the government by voting for it.  See transcript,
page 5334, lines 1-6 and 10-13. After hearing the evidence and closing,
the jury could not deliberate impartially since it was comprised 100%
(b) Direct Appeal of Ground Ten :  of registered voters.

> (1) If you appealed from the judgment of conviction, did you raise this issue?
>     Yes ☐   No ☒
> (2) If you did not raise this issue in your direct appeal, explain why: Ineffective
>     assistance of counsel.

(c) Post-Conviction Proceedings:

> (1) Did you raise this issue in any post-conviction motion, petition or application?
>     Yes ☐   No ☒
> (2) If your answer to Question (c)(1) is "Yes," state:
> Type of motion or petition: _____
> Name and location of court where the motion or petition was filed: _____
>
> _____
> Docket or case number (if you know): _____
> Date of the court's decision: _____
> Result (attach a copy of the court's opinion or order, if available):
>
> _____
> (3) Did you receive a hearing on your motion, petition, or application?
>     Yes ☐   No ☐
> (4) Did you appeal from the denial of your motion, petition, or application?
>     Yes ☐   No ☐
> (5) If your answer is "Yes," did you raise this issue on appeal?
>     Yes ☐   No ☐
> (6) If your answer to Question (c)(4) is "Yes," state:
> Name and location of court where the appeal was filed: _____
>
> _____
> Docket or case number (if you know): _____
> Date of the court's decision: _____
> Result (attach a copy of the court's opinion or order, if available):
>
> _____
> (7) If your answer to Question (c)(4) is "No," explain why you did not appeal or raise this
> issue: Ineffective assistance of counsel.
>
> _____

29

5333

1    marked as 80-T, you will see that Bin Laden is asked the
2    question about his declaration of jihad, and he gives a very
3    succinct answer.  He says, we declared jihad against the US
4    government because the US government is unjust, criminal and
5    tyrannical.  It has committed acts that are extremely unjust,
6    hideous and criminal, whether directly or through its support
7    of the Israeli occupation of Palestine.  So he is adding an
8    additional reason for the war against America.  About two
9    thirds of the way down that same answer Bin Laden says, as for
10   what you asked, whether jihad is directed against US soldiers,
11   the civilians in the land of the two holy places, Saudi
12   Arabia, or against the civilians in America, we have focused
13   in our declaration on striking at the soldiers in the country
14   of the two holy places.  The country of the two holy places
15   has in our religion a peculiarity of its own over other Muslim
16   countries.  In our religion it is not permissible for any
17   nonMuslim to stay in our country.  Therefore, even though
18   American civilians are not targeted in our plan, they must
19   leave.  We do not guarantee their safety because we are in a
20   society of more than a billion Muslims.  A reaction might take
21   place as a result of US government's hitting Muslim civilians,
22   a warning that you will see Bin Laden play out later on.  At
23   the last part of that answer, Bin Laden says so, the US is
24   responsible for any reaction, because it has transgressed
25   through war from military personnel to civilians.  This is

5334

1    what we say.  As for what you asked regarding the American
2    people, they are not exonerated from responsibility because
3    they chose this government and voted for it despite their
4    knowledge of its crimes in Palestine, Lebanon, Iraq and in
5    other places, and its support of its collaborating regime who
6    filled our prisons with our best children and scholars.  We
7    ask that God may release them.
8            Ladies and gentlemen, Bin Laden is sending a message.
9    Yes, the main focus of our jihad is the American soldiers in

**Ground Eleven:**

Failure of my counsel to bring defense fingerprint expert to challenge govt fingerprint positive ID of my print was ineffective assistance of counsel in violation of 6th Amend.

(a) Supporting Facts

The govt's fingerprint expert, Mitchell L. Hollars, testified that the latent print on EX K405.1 was a positive match with the right thumb print on my identification card.  See pg 2455, lns 12-23.  My defense counsel did not consult with a fingerprint expert before trial in spite of the fact that to the naked eye, the prints did not match.  Failure of my counsel to challenge the evidence at trial allowed the govt to argue that I was present at the location where the bomb was assembled.

(b) Direct Appeal of Ground Eleven

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: Ineffective assistance of counsel.

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition or application?

        Yes ☐   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐   No ☐

    (5) If your answer is "Yes," did you raise this issue on appeal?

        Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

    (7) If your answer to Question (c)(4) is "No," explain why you did not appeal or raise this issue: Ineffective assistance of counsel.

_____

31

```
20        Moving to the left across four ridges we have a ridge
21   that ends which is marked as point number 4.  From point
22   number 4 moving downward we have a short ridge, one end of
23   which is marked as point number 5.  The other end which is
24   marked as point number 6.  Moving to the left across one ridge
25   we have another ridge that ends which is marked as point
```

2455

```
1    number 7.
2         Going to the latent fingerprint we should find the
3    same characteristics.  So moving across the four ridges from
4    point number 3 we find point number 4, which is a ridge that
5    ends in an upward direction.  Following point number 4
6    downward we find a short ridge, one end of which is marked as
7    point number 5, the second which is marked as point number 6.
8         Moving from the short ridge to the left across one
9    ridge we have a ridge that ends which is marked as point
10   number 7.  Using this method of comparison points that I
11   illustrated as well as others that are not marked in these two
12   photographs that I determined that the latent print that was
13   developed on K405.1, and the right thumb impression that
14   appeared on the fingerprint card bearing the name of
15   al-'Owhali were made by one and the same individual.
16   Q   Now, the indication up to 13 represents that you found 13
17   identical points of comparison?
18   A   No.  I marked 13.  There is additional ones that are
19   present.
20   Q   And typically how many points of identification in common
21   do you require before you determine that the fingerprints are
22   identical?
23   A   Seven.
24   Q   Now, I'd like to show you what has been marked for
25   identification as Government Exhibit 696-LP.  Is that an
```

2456

```
1    enlargement of a comparison between the inked fingerprint
2    identified as Mr. Odeh and a latent fingerprint that was
3    marked as Q788.5?
```

3&2