```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MOHAMED RASHED DAOUD AL-'OWHALI,    :
                                    :
                Movant,             :
                                    :   12 Civ. 3331 (KTD)
        -against-                   :
                                    :   98 Cr. 1023 (KTD)
UNITED STATES OF AMERICA            :
                                    :       ORDER
                Respondent.         :
                                    :
------------------------------------X
```

KEVIN THOMAS DUFFY, U.S.D.J.:

It is hereby ordered that the Government's time to respond to Al-'Owhali's Motion to vacate his sentence is extended until August 30, 2012. Movant may file reply papers, if any, within thirty (30) days of the Government's response.

SO ORDERED.

Dated:   New York, New York
         August 15, 2012

                                        _____
                                        KEVIN THOMAS DUFFY, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-16-12