IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 1:12-cv-03331-KTD

MOHAMED RASHED D. AL-OWHALI,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/23/13

## MOTION FOR LEAVE TO WITHDRAW SECTION 2255 MOTION

Petitioner Mohamed Rashed D. Al-Owhali respectfully asks the Court for leave to withdraw his section 2255 motion.

<u>Background</u>

Petitioner filed his section 2255 motion on April 26, 2012. Doc. 1.

The Court ordered the Government to file its answer, if any, within sixty days. Doc. 3. The Government did not file its answer within sixty days, nor did the Government request an extension on the record. The Court, on August 16, 2012, extended the Government's time to respond to Petitioner's motion to August 30, 2012. Doc. 6.

The Government filed its Memorandum of Law in opposition to Petitioner's section 2255 motion on August 31, 2012. Doc. 7. Petitioner placed his Reply to the Government's Memorandum of Law in opposition in the ADX mail system on December 24, 2012. Doc. 10.

<u>Motion</u>

At this time, Petitioner moves the Court for leave to withdraw his section 2255 motion.

DATED: January 14, 2013

_____
Mohamed R. al-Owhali

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __14__ day of January 2013, I placed the foregoing MOTION FOR LEAVE TO WITHDRAW SECTION 2255 MOTION in the USP Florence ADX mail system addressed to:

                                      Shane S. Buckley
                                      Assistant United States Attorney
                                      Southern District of New York
                                      One St. Andrew's Plaza
                                      New York, NY 10007

_____
Mohamed R. al-'Owhali

