UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
MOHAMED RASHED DAOUD AL-'OWHALI,      :
                  Petitioner,         :          12-cv-3331(KTD)
                                      :          98-cr-1023 (KTD)
      -v-                             :
                                      :               <u>ORDER</u>
UNITED STATES OF AMERICA,             :
                  Respondent.         :
                                      :
------------------------------------- X

**KEVIN T. DUFFY**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of Petitioner's *pro se* Motion for Leave to Withdraw Section 2255 Motion ("Motion") dated January 14, 2013. The Motion is hereby GRANTED. The Clerk of the Court is directed to terminate motion number 11 on the ECF docket and to close the case.

**SO ORDERED:**

_____
KEVIN T. DUFFY
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         January 30, 2013